(Rev. 3/29/12)

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
**OFFICE OF THE CLERK**
**600 WEST CAPITOL AVENUE**
**ROOM A149**
**LITTLE ROCK, ARKANSAS 72201**

**JAMES W. McCORMACK**                                                                              501-604-5351
　　　　**CLERK**                                                                                        FAX 501-604-5321

October 10, 2012

Katherine M. Hingtgen
124 W. Capitol Avenue, Suite 2000
Little Rock, Arkansas  72201-3706


　　　Re:　　Deficient Filing - Docket Entry #61, #62, #63, #64 and #65
　　　　　　Case No. - 4:10-CV-01206-BSM

Dear Ms. Hingtgen

　　　The Clerk's office reviewed the above-referenced document and found it to be deficient for the reason mentioned below:

Electronic Filings

　　____　Lacks an attorney's signature (General Order 53).

　　____　Lacks a signature by an attorney of record (Local Rule 5.5(c)(1)).

　　____　Lacks a certificate showing service of the document on all parties (F.R.Cv.P. 5(d)(1)).

　　 ✓ 　Lacks the attorney's address, telephone number, Bar number, or email address (General Order 53).

　　____　Motion for continuance or an extension of time does not contain a statement that the movant contacted the adverse party (or parties) with regard to the motion, and also state whether the adverse party opposes or does not oppose same (Local Rule 6.2(b)).

　　____　Motion not accompanied by a supporting brief (Local Rule 7.2(a)).

**WHAT YOU SHOULD DO:**  Email a corrected document in PDF format to the Clerk's office email address, clerksoffice@ared.uscourts.gov.  Please do not refile the document using the electronic case filing system.  The email message should briefly describe the reason(s) for

Page Two

resubmitting the document. The original document will remain on the docket sheet and the response times will run from the date of the original filing.

Conventional Filings (Paper)

    ____    Lacks an original signature (F.R.Cv.P. 11(a) and Local Rule 5.5(c)(1)).

    ____    Lacks a certificate showing service of the document on all parties (F.R.Cv.P. 5(d)(1)).

    ____    Lacks the attorney's address, telephone number, or State Bar number (Local Rule 5.5(c)).

    ____    Motion for continuance or an extension of time does not contain a statement that the movant contacted the adverse party (or parties) with regard to the motion, and also state whether the adverse party opposes or does not oppose same (Local Rule 6.2(b)).

    ____    Motion not accompanied by a supporting brief (Local Rule 7.2(a)).

**WHAT YOU SHOULD DO:** Send the corrected document in paper to the Clerk's office. A brief explanation for the submission should accompany each document. The original document will remain on the docket sheet and the response times will run from the date of the original filing.

    Please contact the Clerk's office if you have any questions.

                                       Sincerely,

                                       JAMES W. McCORMACK
                                       CLERK

                                By: /s/ K. Cameron
                                     Deputy Clerk

Enclosures
cc:    Counsel