IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HAMID YAZDIANPOUR, et al.**                                      **PLAINTIFFS**

**v.**                 **CASE NO. 4:10-CV-01206 BSM**

**SAFEBLOOD TECHNOLOGIES, INC., et al.**                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 26th day of October 2015.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE